```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AXEL TORRES SIMONETTI,

                Plaintiff,

-against-

EDWARD DAVID SARIANO and ABF
FREIGHT SYSTEM INC.,

                Defendants.

25-CV-01479 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      The Court has reviewed the parties' proposed Civil Case Management Plan and Scheduling Order, *see* Dkt. No. 8, and finds the proposed dates to be reasonable and by separate order today shall enter the parties' proposed plan. Accordingly, the Initial Pretrial Conference previously scheduled for March 27, 2025, *see* Dkt. No. 6, is hereby CANCELLED.

      As will be stated therein in further detail, fact discovery shall be completed by **July 25, 2025**, expert discovery shall be completed by **September 8, 2025**, and the Court will hold a post-fact discovery conference on **August 21, 2025 at 9:30 a.m.** in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. The parties are ORDERED to comply with the Court's post-fact discovery procedures as set forth in paragraph 9 of the Civil Case Management Plan and Scheduling Order and the Court's Individual Rule II(B)(9) in advance of that conference.

      Should either party determine, at any stage of the case, that the assistance of a third-party neutral would be helpful to achieving a settlement, counsel shall confer with opposing counsel and submit a letter to the Court requesting referral to either the court-annexed Mediation Program or the designated Magistrate Judge for a settlement conference.

Dated: March 25, 2025
       New York, New York

                              SO ORDERED.

                              MARGARET M. GARNETT
                              United States District Judge